GEOFFREY A. HANSEN
Acting Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant MICHAEL HALE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 12-00247 YGR (DMR) |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | MODIFYING CONDITIONS OF |
| ) | PRETRIAL RELEASE |
| MICHAEL HALE, ) | |
| ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for defendant Michael Hale may be modified to add a condition which allows him to leave his residence as directed by his United States Pretrial Services Officer in advance in order to seek and maintain employment or take classes. Mr. Hale would remain on location monitoring and obtain the prior approval of his United States Pretrial Services Officer each time before leaving his residence in order to go to a specific place, for a specified purpose and for a specified period of time. The government is hesitant to agree to the modification but has spoken to United States Pretrial Services Officer Victoria Gibson and does not object to Ms. Gibson's and the defense's recommendation that Mr. Hale's conditions be modified as described. At the government's request,

*U.S. v. Hale;* CR12-00247YGR;
Stip re: Condition of Release                                  - 1 -

defense counsel has spoken to Mr. Hale specifically about these modifications and defense counsel represents that Mr. Hale understands the seriousness of his obligation to comply with all conditions of release and consequences which will result should he fail to do so.  All other conditions of release shall remain the same.

DATED: 9/19/12         \_\_\_/s/_____
                       JOYCE LEAVITT
                       Assistant Federal Public Defender

DATED: 9/19/12         _____/s/_____
                       BRIGID MARTIN
                       Special Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for defendant Michael Hale are hereby modified to add a condition which allows him to leave his residence as directed by his United States Pretrial Services Officer in advance in order to seek and maintain employment or take classes.  Mr. Hale shall remain on location monitoring and obtain the prior approval of his United States Pretrial Services Officer each time before leaving his residence in order to go to a specific place, for a specified purpose and for a specified period of time. All other conditions of release shall remain the same.

SO ORDERED.

DATED:   9/19/2012     _____
                       HON. DONNA M. RYU
                       United States Magistrate Judge