STEVEN G. KALAR
Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:    (510) 637-3500
Facsimile:    (510) 637-3507
Email:        Joyce_Leavitt@fd.org


Counsel for Defendant HALE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 12–00247 YGR |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING TO JANUARY 30, 2020** |
| v. | |
| MICHAEL HALE, | **Court:**          Courtroom 1, 4th Floor |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action that the sentencing date for Defendant Michael Hale scheduled for Thursday, January 23, 2020 at 2:00 p.m. before Honorable Yvonne Gonzalez Rogers, be continued one week to **Thursday, January 30, 2020 at 10:00 a.m.**  for sentencing.  The reason for the continuance is that undersigned defense counsel is unavailable on January 23, 2020. Undersigned counsel has spoken to United States Probation Officer Jenna Russo who is available should the Court continue the matter by one week to January 30, 2020.

1

2                                    IT IS SO STIPULATED.

3

4    Dated:      January 13, 2020

5                                    STEVEN G. KALAR
                                     Federal Public Defender
6                                    Northern District of California

7                                    _____/S/_____
8                                    JOYCE LEAVITT
                                     Assistant Federal Public Defender
9

10   Dated:      January 13, 2020

11                                   DAVID L. ANDERSON
                                     United States Attorney
12                                   Northern District of California

13                                   _____/S/_____
14                                   LEAH PAISNER
                                     Special Assistant United States Attorney
15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>MICHAEL HALE,<br><br>       Defendant. | **Case No.:** CR 12–00247 YGR<br><br>[~~PROPOSED~~] **ORDER TO CONTINUE SENTENCING TO JANUARY 30, 2020**<br><br>**\*AS MODIFIED BY THE COURT\***<br><br>**Court:**      Courtroom 1, 4th Floor |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date for

Defendant Michael Hale, currently scheduled for Thursday, January 23, 2020, at 2:00 p.m. before

Honorable Yvonne Gonzalez Rogers, is hereby continued to Thursday, January 30, 2020, at specially

set time of 10:00 a.m. for sentencing.

**IT IS SO ORDERED.**

Dated:    <u>January 22, 2020</u>

                           _____
                           HON. YVONNE GONZALEZ ROGERS
                           United States District Judge